

*NO Summons*
*NO Fee Paid*

## Case Assignment
## Standard Miscellaneous Assignment

Case number **3:15MC-10-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 04/06/2015

[ Request New Judge ] ..... [ Return ]



**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR NEW MARKETS GROWTH FUND, LLC
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

FILED JS
WESTERN DISTRICT OF KY

15 APR -6 PM 12: 40

WRITER'S DIRECT TELEPHONE: (202) 205-7514                FAX NUMBER: (202) 205-6957

April 2, 2015

Ms. Vanessa Armstrong, Clerk of the Court            VIA UPS 2ND DAY DELIVERY
U.S. District Court for Western Kentucky
601 West Broadway, Suite 106
Louisville, KY 40202

Notice to the Court per 28 U.S.C. § 754
United States of America v. NEW MARKETS GROWTH FUND, LLC
U.S. District Court of Maryland - Civil Case No. 1:15-cv-00480-GLR

Dear Ms. Armstrong:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court of Maryland - Civil Case No. 1:15-cv-00480-GLR, has taken exclusive jurisdiction of NEW MARKETS GROWTH FUND, LLC ("New Markets") and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of NEW MARKETS may be located in your jurisdiction. We therefore are enclosing for filing, copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please ensure that the Complaint and Order establishing the Receivership is filed in your jurisdiction.

The United States District Court, in an order appointing SBA Receiver for NEW MARKETS, stayed all legal proceedings involving NEW MARKETS, and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to NEW MARKETS are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you there of.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp file and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: _____
Michele R. Long
Chief, Corporate Liquidation and Receivership Operations
Office of SBIC Liquidation
Office of Investment and Innovation